**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-6971**

———————————

JIMMY ALLRED,

                                        Plaintiff - Appellant,

        versus

CHIEF OF SECURITY (STG); ROBERT SMITH; CHARLES
RAYNOR, Captain,

                                        Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge.  (CA-01-285-5-BR)

———————————

Submitted:  August 14, 2001        Decided:  December 12, 2001

———————————

Before WILKINS and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Jimmy Lee Allred, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jimmy Lee Allred appeals the district court's order dismissing as frivolous his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint under 28 U.S.C.A. § 1915(e)(2)(B) (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Allred v. Chief of Security, No. CA-01-285-5-BR (E.D.N.C. Apr. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED